# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELENA COOK,

          Plaintiff,

vs.

LIBERTY MUTUAL INSURANCE COMPANY,

          Defendant.

Case No. 2:11-cv-00034-RLH-PAL

**ORDER**

This matter is before the court on the parties' failure to file a Joint Pretrial Order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #13) filed March 18, 2011, required the parties to file a Joint Pretrial Order required by LR 26-1(e)(5) no later than October 12, 2011. On June 10, 2011, a motion for summary judgment was filed. However, on July 14, 2011, the motion for summary judgment was withdrawn "based upon the settlement reached by the parties." To date, no stipulation for dismissal has been filed and the parties have not complied with filing the Joint Pretrial Order. Accordingly,

**IT IS ORDERED** that:

1. The parties shall have until **November 1,** 2011, in which to file a stipulation to dismiss.
2. If a stipulation to dismiss is not filed, then counsel for the parties shall file a Joint Pretrial Order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., November 1,** 2011. Failure to timely comply may result in the imposition of sanctions.

///
///
///

3. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 17th day of October, 2011.

                                                   _____
                                                   Peggy A. Leen
                                                 United States Magistrate Judge